No. 80–2085. GERIATRICS, INC., DBA EVENTIDE OF LAKEWOOD NURSING HOME v. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 10th Cir. Certiorari denied.

No. 80–2088. WREN ET AL. v. JONES ET AL. C. A. 7th Cir. Certiorari denied.

No. 80–2090. PRICHARD ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80–2093. SEA-LAND SERVICE, INC. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 80–2095. NEW YORK SHIPPING ASSN., INC., ET AL. v. PASCARELL, ACTING REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.

No. 80–2096. DERONDE v. REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 80–2097. POTTER INSTRUMENT CO., INC. v. STORAGE TECHNOLOGY CORP. ET AL.; and

No. 81–52. CONTROL DATA CORP. ET AL. v. POTTER INSTRUMENT CO., INC., ET AL. C. A. 4th Cir. Certiorari denied. [See also 453 U. S. 923.] Reported below: 641 F. 2d 190.

No. 80–2101. JOHNSON v. J. O. L. Ct. App. D. C. Certiorari denied.

No. 80–2103. WHITWELL v. BOARD OF LAW EXAMINERS OF TENNESSEE ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–2104. WARD, CORRECTIONAL COMMISSIONER, ET AL. v. POWELL ET AL. C. A. 2d Cir. Certiorari denied.